**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SKIPPRINT, LLC, a Delaware corporation,<br><br>       Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>PRISMA GRAPHIC CORPORATION, an Arizona corporation<br><br>       Defendant and Counterclaim-Plaintiff. | **DECLARATION OF PERRY S. CLEGG IN SUPPORT OF DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 1404(a) TO TRANSFER VENUE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION**<br><br>Civil No. 2:13-CV-0700-TC<br><br>Judge Tena Campbell |

I, Perry S. Clegg, declare:

1.   I am a member of the Bar of the State of Utah and member of the law firm of Clegg, P.C., attorneys for Defendant and Counterclaim-Plaintiff Prisma Graphic Corporation ("Prisma Graphic").

2.   I submit this declaration in support of Prisma Graphic's Motion Pursuant to 28 U.S.C. § 1404(a) to Transfer Venue to United States District Court for the District Of Arizona, Phoenix Division.  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto.

3.   Attached hereto as Exhibit A is a true and correct copy of the cover page of United States Patent No. 6,076,080, which SkipPrint has asserted in its First Amended Complaint, and where the cover page lists the residences of the inventors and assignee at the time the patent issued.

4.   Attached hereto as Exhibit B is a true and correct copy of the cover page of United States Patent No. 5,666,493, which SkipPrint has asserted in its First Amended Complaint, and where the cover page lists the residences of the inventors and assignee at the time the patent issued.

5.   Attached hereto as Exhibit C is a true and correct copy of the cover page of United States Patent No. 7,050,995, which SkipPrint has asserted in its First Amended Complaint, and where the cover page lists the residences of the inventors and assignee at the time the patent issued.

6.   Attached hereto as Exhibit D is a true and correct copy of the cover page United States Patent No. 7,058,596, which SkipPrint has asserted in its First Amended Complaint, and where the cover page lists the residences of the inventors and assignee at the time the patent issued.

7.   Attached hereto as Exhibit E is a true and correct copy of the cover page United States Patent No. 5,963,641, which SkipPrint has asserted in its First Amended Complaint, and where the cover page lists the residences of the inventors and assignee at the time the patent issued.

8.   Attached hereto as Exhibit F is a true and correct copy of a webpage titled "Contact Markzware Contact Form and Contact Information," available at http://markzware.com/company/contact/, which lists Markzware's U.S. offices as being located at 1805 E. Dyer Road, Suite #101, Santa Ana, CA 92705.

9.   Attached hereto as Exhibit G is a true and correct copy of a webpage showing the Distance Measurement Tool (provided by Google Labs for use in conjunction with Google Maps) measuring Markzware's U.S. offices (at 1805 E. Dyer Road, Suite #101, Santa Ana, CA 92705) as being located approximately 40 miles from SkipPrint's headquarters (at 1875 Century Park East, Suite 700, Los Angeles, California, 90067).

10. Attached hereto as Exhibit H is a true and correct copy of a webpage titled "Our Story," available at http://standardregister.com/company/company-information, which lists Standard Register as being based in Dayton, Ohio.

11. Attached hereto as Exhibit I is a true and correct copy of a webpage from the State of Florida's Department of State, Division of Corporations, which lists Lykes Bros. Inc. as being located in Tampa, Florida.

12. Attached hereto as Exhibit J is a true and correct copy of a webpage showing driving directions (as produced by Google Maps) from Prisma Graphic's offices (at 2937 East Broadway Road Phoenix, AZ 85040) to the United States District Court for the District Of Arizona, Phoenix Division (at 401 W. Washington St., Suite 130, SPC 1 Phoenix, AZ  85003-2118), where the driving distance is 6.9 miles.

13. Attached hereto as Exhibit K is a true and correct copy of a webpage showing the Distance Measurement Tool (provided by Google Labs for use in conjunction with Google Maps) measuring the United States District Court for the District Of Arizona, Phoenix Division

(at 401 W. Washington St., Suite 130, SPC 1 Phoenix, AZ 85003-2118) as being located approximately 367 miles from SkipPrint's headquarters (at 1875 Century Park East, Suite 700, Los Angeles, California, 90067).

14. Attached hereto as Exhibit L is a true and correct copy of a webpage showing the Distance Measurement Tool (provided by Google Labs for use in conjunction with Google Maps) measuring the District Of Utah, Central Division (at 351 South West Temple, Room 1.100, Salt Lake City, UT 84101) as being located approximately 585 miles from SkipPrint's headquarters (at 1875 Century Park East, Suite 700, Los Angeles, California, 90067).

15. Attached hereto as Exhibit M is a true and correct copy of an excerpt from the Federal Court Management Statistics as of December 2013, available at http://www.uscourts.gov/uscourts/Statistics/FederalCourtManagementStatistics/2013/comparison -districts-within-circuit-december-2013.pdf, with the excerpt relating to the Ninth and Tenth Circuits.

16. Attached hereto as Exhibit N is a true and correct copy of *GSL Holdings Ltd v. Elec. Educ. Devices*, Slip Op., Case No. 2:11-cv-00336-BSJ (D. Utah Feb. 23, 2012).

17. Attached hereto as Exhibit O is a true and correct copy of a webpage from the State of California's Secretary of State, which lists Markzware as being a California corporation located at 1805 East Dyer Road #101, Santa Ana, CA 92705.

18. Attached hereto as Exhibit P is a true and correct copy of SkipPrint, LLC's LPR 2.1 Accused Instrumentality Disclosures, served by email on May 13, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2014, in Salt Lake City, Utah.

*/s/ Perry S. Clegg*
Perry S. Clegg

# EXHIBIT A

US006076080A

# United States Patent [19]

## Morscheck et al.

[11] **Patent Number:** **6,076,080**

[45] **Date of Patent:** **Jun. 13, 2000**

[54] **FORMS ORDER ENTRY SYSTEM**

[75] Inventors: **William F. Morscheck**, Franklin; **Kenneth W. Miller**, Tipp City; **Thomas J. Ryan**, Trotwood; **David M. Ohlemacher**, Dayton; **C. Thomas Russell**, Springboro; **Mark A. Burgbacher**, Mason; **Christopher L. Schweikert**, Cincinnati, all of Ohio

[73] Assignee: **The Standard Register Company**, Dayton, Ohio

[21] Appl. No.: **08/992,495**

[22] Filed: **Nov. 4, 1997**

[51] Int. Cl.[7] .................................................... G06F 17/00

[52] U.S. Cl. ............................................................ 705/400

[58] Field of Search ........................ 705/400, 26, 28, 705/27

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,839,829 | 6/1989 | Freedman ................................ 345/329 |
| 4,887,208 | 12/1989 | Schneider et al. ......................... 705/28 |
| 4,937,439 | 6/1990 | Wanninger et al. ..................... 235/456 |
| 4,939,670 | 7/1990 | Freiman et al. ........................... 395/10 |
| 4,992,940 | 2/1991 | Dworkin .................................. 705/26 |
| 5,060,980 | 10/1991 | Johnson et al. ............................ 283/70 |
| 5,091,868 | 2/1992 | Pickens et al. .......................... 707/506 |
| 5,144,693 | 9/1992 | Morgan .................................. 345/342 |
| 5,241,464 | 8/1993 | Greulich et al. ........................... 705/26 |
| 5,361,199 | 11/1994 | Shoquist et al. ........................... 705/26 |
| 5,383,129 | 1/1995 | Farrell .................................. 705/400 |
| 5,446,653 | 8/1995 | Miller et al. ............................... 705/4 |
| 5,493,490 | 2/1996 | Johnson .................................. 705/26 |
| 5,666,493 | 9/1997 | Wojcik et al. ............................. 705/26 |

*Primary Examiner*—Emanuel Todd Voeltz
*Assistant Examiner*—Thomas A. Dixon
*Attorney, Agent, or Firm*—Killworth, Gottman, Hagan & Schaeff, LLP

[57] **ABSTRACT**

An order entry system is provided comprising a first computer system, a printing station computer system, a form design repository, a second computer system, a validation engine, and a pricing engine. The first computer system captures form design data and the second computer generates a form price, validates the form, and transmits a validated and priced order to the printing station computer system. The second computer is also programmed to store an index of form design files in the form design repository. The forms order entry system is also programmed to determine manufacturability of an ordered form by comparing its form design data to a set of validation rules and route manufacturability exceptions to a selected one of a plurality of exception handling locations. The pricing engine determines identified labor, material, burden, and mark-up cost components, and applies a set of pricing rules to them, to enable calculation of a form price.

**28 Claims, 8 Drawing Sheets**



# EXHIBIT B

US005666493A

# United States Patent [19]

## Wojcik et al.

[11] **Patent Number:** **5,666,493**

[45] **Date of Patent:** **Sep. 9, 1997**

[54] **SYSTEM FOR MANAGING CUSTOMER ORDERS AND METHOD OF IMPLEMENTATION**

[75] Inventors: **Casimir M. Wojcik**, Tampa; **Paul A. Pretto**, Clearwater; **Jim Courier**, Dade City; **Bob Morrow**, Plant City; **Joseph R. Wehry, Jr.**, Riverview; **Paul Kuczynski**, Tampa; **Matt F. Edwards**, Dade City; **Mark A. Schnieder**, Land O'Lakes; **Thomas W. Loftus**, Plant City; **Brian Schnieders**, Temple Terrace; **Thomas C. Bernardi**, Odessa; **Craig Raymond Pellerin**, Tampa; **Ron D. Bushaw**, Plant City; **Michael Lewis Schebell**, Lutz; **Bill Hartley**, Sring Hill; **Sheila Cappel**, Lutz; **Kimberly Weisgarber**, Webster; **Henry Lee Vogler**, Brandon; **Louis Duane Ferguson**, Zephyrhills, all of Fla.

[73] Assignee: **Lykes Bros., Inc.**, Tampa, Fla.

[21] Appl. No.: **111,242**

[22] Filed: **Aug. 24, 1993**

[51] Int. Cl.$^6$ .................................................... **G06F 15/17**
[52] U.S. Cl. ........................................ **705/26; 705/22**
[58] Field of Search ........................................ 364/403, 401, 364/479, 478; 395/222

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,616,944 | 11/1971 | Field ...................................... | 414/285 |
| 4,459,663 | 7/1984 | Dye ...................................... | 364/403 |
| 4,542,808 | 9/1985 | Lloyd, Jr. et al. ...................... | 364/478 |
| 4,864,507 | 9/1989 | Ebling et al. . | |
| 5,038,283 | 8/1991 | Caveney ................................ | 364/403 |
| 5,101,352 | 3/1992 | Rembert ................................ | 364/403 |
| 5,161,929 | 11/1992 | Lichti, Sr. et al. ..................... | 364/478 |
| 5,265,006 | 11/1993 | Asthana et al. ........................ | 364/401 |
| 5,273,392 | 12/1993 | Bernard, II et al. .................... | 364/478 |

*Primary Examiner*—Donald E. McElheny, Jr.
*Attorney, Agent, or Firm*—Dale Curtis Hogue, Sr.; Kilpatrick Stockton LLP

[57] **ABSTRACT**

The system of this invention manages customer orders using vendor supplied software systems interfaced on a real-time basis to touch the data in each system on a real time basis. In effect, there is horizontal communication between the various components of the system such as inventory, purchasing, order management and receipt, logistics and inventory to have continual data flow without using a vertical software interface. As a result, customer orders are received on a real-time basis using screens that are user friendly to promptly take orders, and to verify customer data and verify the ability to meet those orders. Transmission of documents within the system is minimized thereby making it more efficient, timely and cost efficient.

**2 Claims, 42 Drawing Sheets**



# EXHIBIT C

Case 2:13-cv-00700-DBP Document 1-1 Filed 07/29/13 Page 10 of 54
US007050995B2

(12) **United States Patent** (10) Patent No.: **US 7,050,995 B2**

Wojcik et al. (45) Date of Patent: **\*May 23, 2006**

(54) **SYSTEM FOR MANAGING ORDERS AND METHOD OF IMPLEMENTATION**

(75) Inventors: **Casimir M. Wojcik**, Tampa, FL (US); **Paul A. Pretto**, Clearwater, FL (US); **Jim Courier**, Dade City, FL (US); **Bob Morrow**, Plant City, FL (US); **Joseph R. Wehry, Jr.**, Riverview, FL (US); **Paul Kuczynski**, Tampa, FL (US); **Matt F. Edwards**, Dade City, FL (US); **Mark A. Schnieder**, Land O'Lakes, FL (US); **Thomas W. Loftus**, Plant City, FL (US); **Brian Schnieders**, Temple Terrace, FL (US); **Thomas C. Bernardi**, Odessa, FL (US); **Craig Raymond Pellerin**, Tampa, FL (US); **Ron D. Bushaw**, Plant City, FL (US); **Michael Lewis Schebell**, Lutz, FL (US); **Bill Hartley**, Sring Hill, FL (US); **Sheila Cappel**, Lutz, FL (US); **Kimberly Weisgarber**, Webster, FL (US); **Henry Lee Vogler**, Brandon, FL (US); **Louis Duane Ferguson**, Zephyrhills, FL (US)

(73) Assignee: **Lykes Bros., Inc.**, Tampa, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 314 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/193,339**

(22) Filed: **Jul. 11, 2002**

(65) **Prior Publication Data**

US 2002/0188530 A1 Dec. 12, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/083,681, filed on May 22, 1998, which is a continuation of application No. 08/474,970, filed on Jun. 7, 1995, now Pat. No. 5,758,329, which is a continuation of application No. 08/111,242, filed on Aug. 24, 1993, now Pat. No. 5,666,493.

(51) **Int. Cl.**
*G06F 17/60* (2006.01)

(52) **U.S. Cl.** ........................... **705/28**; 705/402; 705/14

(58) **Field of Classification Search** ................. 705/28, 705/26, 27, 402

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,734,858 A * 3/1988 Schlafly ....................... 705/26

(Continued)

OTHER PUBLICATIONS

Witt, Clyde E. "Publisher Creates Textbook Case for Distribution" Material Handling Engineering, v43n3, pp.: 41-47 Mar. 1998.*

(Continued)

*Primary Examiner*—Lynda Jasmin
(74) *Attorney, Agent, or Firm*—Womble Carlyle

(57) **ABSTRACT**

The system of this invention manages customer orders using vendor supplied software systems interfaced on a real-time basis to touch the data in each system on a real-time basis. In effect, there is horizontal communication between the various components of the system such as inventory, purchasing, order management and receipt, logistics and inventory to have continual data flow without using a vertical software interface. As a result, customer orders are received on a real-time basis using screens that are user friendly to promptly take orders, to verify customer data and to verify the ability to meet those orders. Transmission of documents within the system is minimized thereby making it more efficient, timely and cost efficient.

**40 Claims, 42 Drawing Sheets**



# EXHIBIT D

Case 2:13-cv-00700-DBP Document Filed Page

US007058596B1

(12) **United States Patent**
    Wojcik et al.

(10) Patent No.: **US 7,058,596 B1**
(45) Date of Patent: **Jun. 6, 2006**

(54) **SYSTEM FOR MANAGING CUSTOMER ORDERS AND METHODS OF IMPLEMENTATION**

(75) Inventors: **Casimir M. Wojcik**, Tampa, FL (US); **Paul A. Pretto**, Clearwater, FL (US); **Jim Courier**, Dale City, FL (US); **Bob Morrow**, Plant City, FL (US); **Joseph R. Wehry., Jr.**, Riverview, FL (US); **Paul Kuczynski**, Tampa, FL (US); **Matt F. Edwards**, Dade City, FL (US); **Mark A. Schnieder**, Land O'Lakes, FL (US); **Thomas W. Loftus**, Plant City, FL (US); **Brian Schnieders**, Temple Terrace, FL (US); **Thomas C. Bernardi**, Odessa, FL (US); **Craig Raymond Pellerin**, Tampa, FL (US); **Ron D. Bushaw**, Plant City, FL (US); **Michael Lewis Schebell**, Lutz, FL (US); **Bill D. Hartley**, Spring Hill, FL (US); **Sheila Cappel**, Lutz, FL (US); **Kimberly Weisgarber**, Webster, FL (US); **Henry Lee Vogler**, Brandon, FL (US); **Louis Duane Ferguson**, Zephyrhills, FL (US)

(73) Assignee: **Lykes Bros., Inc.**, Tampa, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1003 days.

(21) Appl. No.: **09/083,681**

(22) Filed: **May 22, 1998**

**Related U.S. Application Data**

(63) Continuation of application No. 08/474,970, filed on Jun. 7, 1995, now Pat. No. 5,758,329, which is a continuation of application No. 08/111,242, filed on Aug. 24, 1993, now Pat. No. 5,666,493.

(51) **Int. Cl.**
    *G06F 17/60* (2006.01)

(52) **U.S. Cl.** ............................. **705/26**; 705/27; 705/28; 705/30; 705/34; 235/375; 700/96

(58) **Field of Classification Search** .................. 705/26, 705/27, 28, 30, 34; 235/375; 700/96
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,734,858 A | * | 3/1988 | Schlafly | .......................... 705/26 |
| 4,799,156 A | * | 1/1989 | Shavit et al. | .................. 705/26 |
| 5,265,006 A | | 11/1993 | Asthana et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

WO          WO99/19819          *  4/1999

OTHER PUBLICATIONS

More Security For Your Blanket, Thomas E. Skopal, Sales Management, May 5, 1975, V114, n2, pp. 52 and 55.*

(Continued)

Primary Examiner—Tariq R. Hafiz
Assistant Examiner—M. Irshadullah
(74) Attorney, Agent, or Firm—Womble Carlyle

(57) **ABSTRACT**

The system of this invention manages customer orders using vendor supplied software systems interfaced on a real time basis to touch the data in each system on a real time basis. In effect, there is horizontal communication between the various components of the system such as inventory, purchasing, order management and receipt, logistics and inventory to have continual data flow without using a vertical software interface. As a result, customer orders are received on a real-time basis using screens that are user friendly to promptly take orders, and to verify customer data and verify the ability to meet those orders. Transmission of documents within the system is minimized thereby making it more efficient, timely and cost efficient.

**12 Claims, 42 Drawing Sheets**



# EXHIBIT E

US005963641A

# United States Patent [19]

## Crandall et al.

[11] Patent Number: 5,963,641

[45] Date of Patent: Oct. 5, 1999

[54] **DEVICE AND METHOD FOR EXAMINING, VERIFYING, CORRECTING AND APPROVING ELECTRONIC DOCUMENTS PRIOR TO PRINTING, TRANSMISSION OR RECORDING**

[75] Inventors: **Ronald Crandall**, Irvine; **Patrick Gerald Marchese**, Santa Ana, both of Calif.

[73] Assignee: **Markzware, Inc.**, Santa Ana, Calif.

[21] Appl. No.: **08/977,928**

[22] Filed: **Nov. 24, 1997**

### Related U.S. Application Data

[63] Continuation of application No. 08/526,554, Sep. 12, 1995, abandoned.

[51] **Int. Cl.**[6] ................................. **H04L 9/00**; G09C 3/00

[52] **U.S. Cl.** ........................ **380/2**; 380/4; 380/9; 380/49; 380/50; 380/51; 380/55; 395/101; 395/113; 395/114

[58] **Field of Search** ............................. 380/2, 4, 23, 25, 380/49, 50, 59, 51, 55, 9; 395/101, 109, 113, 114

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,849,883 | 7/1989 | Mitchell et al. | .......................... 395/101 |
| 5,347,578 | 9/1994 | Duxbury | ..................................... 380/4 |

OTHER PUBLICATIONS

Review of TextBridge 2.0 software from Macworld Online at http://macworld.zdnet.com/pages/september.94/Reviews.1177.html, Sep. 1994.

*Primary Examiner*—Bernarr E. Gregory

*Attorney, Agent, or Firm*—David Comarow

[57] **ABSTRACT**

Disclosed is a software implemented device and method for examining, verifying, correcting and approving electronically-recorded documents, prior to their final output, whether printing, transmission or recording. The disclosed device and method permits the user to assure that the diverse elements of the composite file, such as text, fonts, graphic formats, layout instructions and the like, which may exist in one or more electronic files, will be accessible by, and compatible with the output device. The present embodiment is able to assemble all elements of an electronic file, group of files or an electronic document into one location, whether physical or logical. The present embodiment also allows the above-described analysis on a multiplicity of file types, without need to use the specific file-creation applications used to create the files. This is accomplished by identifying the internal characteristics of the elements of files generated by a multiplicity of file or document creation computer applications and providing a computer software implemented device to decode the information for analysis or presentation. The importance of the present invention lies in its ability to find inconsistencies, incompatibilities, corrupted data and errors not visible to the human checker, to report them or automatically repair them, and, in so doing, to save significant amounts of wasted time and resources in the intermediate or final printing, transmission or recording phase. The present invention allows the user to set custom sets of preferences, establishing unique criteria for the analysis. A further implementation allows the software-implemented device to learn from experience and suggest changes or make changes automatically based on user preferences.

**18 Claims, 2 Drawing Sheets**

Microfiche Appendix Included
(3 Microfiche, 239 Pages)



# EXHIBIT F



- Store
- Products »
- Support »
- Marketing »
- Company »

Search [          ] [ Search ]



Home » Contact Markzware

Select Language ▾

# Contact Markzware

\* indicates required field

Name:\*
[                              ]

Email:\*
[                              ]

Subject:\*
[ FlightCheck (Preflight for Print) ▾ ]

Message:\*
[                                          ]

[ Submit ]

If you require further technical support, please go to our Technical Support Form and a Customer Support Representative will contact you. Following is the Markzware company contact information available for you to contact Markzware and reach the particular Markzware contact that handles a specific area.

OFFICES

**MARKZWARE USA**
1805 E. Dyer Road, Suite #101
Santa Ana, CA 92705
USA
U.S.A. Toll Free: 800-300-3532
Canada & Mexico: 1-949-756-
5100Fax: 949-756-5108

**MARKZWARE EUROPE**
Caro van Eycklaan 13
2642 BM Pijnacker
The Netherlands
Tel: ++31 (0)15 369 9404
Fax:  ++31 (0)15 369 2344

**For online payment related issues, order status and transactions only**
Hotline: +31 88 000 0008
US Hotline: 888-247-1614
Email: support@avangate.com

For questions regarding Markzware reseller partnership, contact:

Markzware USA or Markzware Europe

Markzware offers many different ways for you to stay on top of the latest Markzware News. You can easily subscribe to the Markzware website news Email list by using the Email form on the right of this page. You can also access Markzware RSS news if you click here to subscribe.

**Social Network News:**
Markzware is also a part of the following social networks. Click on the logos below to subscribe.

 Twitter    Facebook    RSS News    YouTube    LinkedIn

 ShareThis

Link to this post!

```
<a href="http://markzware.com/company/contact/">Contact Markzware</a>
```

## Click To Purchase Markzware Products

----------------------------------------------------------

**Q2ID -** Convert and Edit Quark XPress Files to Adobe InDesign - Mac/Win.

   ----------------------------------------------------

**PDF2DTP -** Convert and Edit PDF documents within InDesign or Quark XPress.

   ----------------------------------------------------

**FlightCheck -** Preflight and Package InDesign, Quark, Illustrator, Photoshop, Adobe Acrobat PDF, and much more!

   ----------------------------------------------------

**PageZephyr Search -** Search For All Your InDesign Content! Perpetual LIcense - only $49.99!



**ID2Q -** Convert and Edit Adobe InDesign Files to Quark XPress.



Copyright © 2014 Markzware. All rights reserved. | License Agreement | Privacy Policy | Contact Us | Site Map | US Patent # 5,963,641 | Admin

# EXHIBIT G



# EXHIBIT H

Standard Register Company



CONNECT 

Search

MARKETS        SOLUTIONS        ABOUT US        LOGIN

COMPANY    Standard Register Reports First Quarter 2014 Financial Results. PRESS RELEASE >



Standard Register
COMPANY
## Recognized Leader

**LEARN MORE**

SHARE

## Our Story

Based in Dayton, Ohio and founded in 1912, Standard Register is a recognized leader in the healthcare, financial services, commercial business and industrial markets. We use over a century of expertise and a solutions-driven portfolio to improve the way our customers communicate with and serve their customers, employees and stakeholders.

COMPANY
EMAIL  | 800-755-6405










## At a Glance



*"Standard Register embraces its innovative heritage to deliver solutions that meet today's changing demands. That's why so many businesses trust Standard Register to not only get things done, but to move them forward – advancing their reputation along the way."*

Dan Thaxton | senior manager, Intellectual Property | Standard Register

## Taking Reputations Higher

Advancing reputations. It's the center of everything we do. How do we do it? We act differently, think disruptively and execute flawlessly. We connect our customer's messages or critical communications with their reputations. And by leveraging over a century of expertise and the experience of our trusted partners and suppliers, we integrate the best components with our solutions – because that takes reputations higher.

## Our History

## 100 Years Young

Since the introduction of a simple improvement to the autographic register in 1912, Standard Register has thrived by providing its customers the expertise and innovation that allowed them to adapt to changing business conditions, operate more efficiently, build brand consistency, reduce risk and ultimately advance their company reputations. Although the media through which information is conducted has changed, the strategic business needs of our customers remain fundamentally the same. Explore our century-long transformation that's become the foundation for our next 100 years.

**1912**      1921      1926      1932      1940      1943      1952      1954



### 1912

Founded

The Standard Register Company is founded in Dayton, Ohio. Its first product - the pinfeed autographic register - revolutionizes the industry.

*"Standard Register's 100 years of success have been driven by innovation, customer loyalty, sustainability, organizational excellence and social responsibility."*

Joe Morgan | CEO | Standard Register

## Reach

## Markets

Industrial

Commercial

Financial

Acute Care

Managed Care

Long-Term Care

## Network



Standard Register has an extensive production and distribution network located strategically throughout the United States, including Mexico. Our capabilities include digital and advanced color production, data-driven print and mail production, traditional form and roll production and flexographic and digital label production. Each of these centers provides secure, reliable and highly flexible output to meet the complex and high quality standards of our customers. We further support our customers with

best-in-class customer service centers.

We are excited to announce our new Center of Excellence in the greater Louisville, Ky. area, set to open the summer of 2013.

## Awards, Honors and Compliance

- 2013 Dayton Better Business Bureau's Torch Award
- 2013 Dayton YWCA Women of Influence Organization Lifetime Achievement Honoree
- Daimler Chrysler Masters of Quality – 2007, 2009, 2011 & 2012
- 2012 CDP supply chain score of 93 and performance band rating of B
- 2011 "What They Think" award on innovation for environmental sustainability and processes and the use of the CDP to drive environmental responsiveness
- Over 10 years on Information Week 500's technology innovators list
- First company to be certified under UL certification program for In-Mold Labeling (IML)
- **iMedConsent™ application achieved 2011 Edition EHR Modular\* Inpatient ONC-ACB Certification from ICSA Labs**
- G7 Master Printer qualification in seven centers
- ISO 9001:2008 certified in eight centers
- SFI and FSC certified in 21 centers
- HIPAA, HITECH, MA 201 CMR 17.00, PCI, ISO 27001, SSAE 16, Sarbanes Oxley, GLBA, FISMA proficient

## Qualities



### Innovation

Our 100-year-old company has a heritage of innovation. We invest in innovative, industry-leading technology and solutions that advance our customers' reputations.



### Customer Quality

With 100 years of continuous operation and a 97 percent customer retention rate, it's evident that quality is core to our foundation. Everyone is accountable for flawless execution, every day, every way.



### Sustainability

We are committed to reducing our environmental impact by being responsible stewards. We advance not only our customers' reputations, but our own through certifications, waste and resource management.



### Security & Compliance

Standard Register has taken a proactive role to protect your reputation and keep your business safe. Through our integrated technology solutions, we ensure that the proper controls and safeguards are in place to maintain the confidentiality of your data.



### Safety

Safety is fundamental to our culture; it's a theme that permeates our thinking, innovation and solutions. We begin all internal and external meetings with a safety discussion to ensure we focus on its importance.



### Health

Health and wellness is a priority for Standard Register. We encourage employees to develop healthier habits by providing education and opportunities to participate in health initiatives.

Other Company Pages









About Standard Register

Standard Register is trusted by the world's leading companies to advance their reputations by aligning communications with corporate standards and priorities. Providing market-specific insights and a compelling portfolio of solutions to address the changing business landscape in healthcare, financial services, commercial and industrial markets, Standard Register is the recognized leader in the management and execution of mission-critical communications.

| | |
|---|---|
| NEWSROOM | EMPLOYEES |
| INVESTOR CENTER | CODE OF ETHICS |
| PARTNERS | TERMS OF USE |
| SUPPLIERS | PRIVACY STATEMENT |
| CAREERS | SITE MAP |

/* Pardot WebLeads Tracking Script */

# EXHIBIT I



# Detail by Entity Name

## Florida Profit Corporation

LYKES BROS. INC.

### Filing Information

| | |
|---|---|
| **Document Number** | 158344 |
| **FEI/EIN Number** | 590606439 |
| **Date Filed** | 06/21/1949 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 06/06/1988 |
| **Event Effective Date** | NONE |

### Principal Address

400 N TAMPA ST
1900
TAMPA, FL 33602

Changed: 04/24/2014

### Mailing Address

400 N TAMPA ST
POB 1690
TAMPA, FL 33601

Changed: 04/24/1998

### Registered Agent Name & Address

CHASE, RICHARD
400 N TAMPA ST
1900
TAMPA, FL 33602

Name Changed: 04/28/2008

Address Changed: 04/24/2014

### Officer/Director Detail

### Name & Address

Title C

FERGUSON, HOWELL L
400 N TAMPA ST
1900
TAMPA, FL 33602

Title CEO

CARRERE, MICHAEL L
400 N TAMPA ST
1900
TAMPA, FL 33602

Title PCOO

LYKES, CHARLES PJR
400 N TAMPA ST
TAMPA, FL 33602

Title VP, CFO

BAUMAN, CARL
400 N TAMPA ST
1900
TAMPA, FL 33602

Title VP

BARBER, WILLIAM L
400 N TAMPA ST
1900
TAMPA, FL 33602

Title S

CHASE, RICHARD A
400 N TAMPA ST
1900
TAMPA, FL 33602

Title EVP

Brabson, John A, Jr.
400 N TAMPA ST
1900
TAMPA, FL 33602

Title VP

Collins, Joe

400 N TAMPA ST
1900
TAMPA, FL 33602

Title Asst. Secretary

Pina, Olga M, Esq.
400 N TAMPA ST
1900
TAMPA, FL 33602

Title AVP

Tallent, John
400 N TAMPA ST
1900
TAMPA, FL 33602

Title VP

Wakefield, John
400 N TAMPA ST
1900
TAMPA, FL 33602

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2012 | 02/22/2012 |
| 2013 | 04/29/2013 |
| 2014 | 04/24/2014 |

## Document Images

| | |
|---|---|
| 04/24/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/22/2012 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2011 -- ANNUAL REPORT | View image in PDF format |
| 05/03/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2004 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2003 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| [05/14/2002 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/17/2001 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/26/2000 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/10/1999 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/24/1998 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/15/1997 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/29/1996 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/26/1995 -- ANNUAL REPORT](#) | View image in PDF format |

Copyright © and  Privacy Policies

State of Florida, Department of State

# EXHIBIT J



Directions from **2937 E Broadway Rd** to **401 W Washington St #10**        Drive 6.9 miles, 10 min



## ○ 2937 E Broadway Rd

Phoenix, AZ 85040

Get on **I-10 W/US-60 W**

─────────────────────────── 1.1 mi / 2 min

↑    1.   Head **east** on **E Broadway Rd** toward **S 30th St**

────────────────────── 0.3 mi

↰    2.   Turn **left** onto **S 32nd St**

────────────────────── 0.4 mi

↖    3.   Turn **left** to merge onto **I-10 W/US-60 W**

────────────────────── 0.3 mi



Follow **US-60 W** to **W Maricopa Fwy**. Take exit **196** from **I-17 N/US-60 W**



4.2 mi / 4 min

4.   Merge onto **I-10 W/US-60 W**

———————————————— 1.1 mi

5.   Keep **right** to continue on **I-17 N/US-60 W**, follow signs for **Interstate 17 N/Flagstaff/I-10 West Truck Route**

———————————————— 2.9 mi

6.   Take exit **196** for **7th Ave**

———————————————— 0.2 mi

## Take **S 7th Ave** to **W Washington St**

———————————————— 1.6 mi / 4 min



7.   Slight **left** onto **W Maricopa Fwy**

———————————————— 233 ft

8.   Take the 1st **right** onto **S 7th Ave**

———————————————— 1.4 mi

9.   Turn **right** onto **W Adams St**

———————————————— 0.1 mi

10.   Take the 2nd **right** onto **N 5th Ave**

———————————————— 390 ft

11.   Turn **right** onto **W Washington St**
      ⓘ Destination will be on the left

———————————————— 26 ft

## ◎ 401 W Washington St #10

Phoenix, AZ 85003

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

**Map data ©2014 Google**

# EXHIBIT K



# EXHIBIT L



# EXHIBIT M

## Comparison of Districts Within the Ninth Circuit — 12-Month Period Ending December 31, 2013

| Statistic | AK | AZ | CA,N | CA,E | CA,C | CA,S | HI | ID | MT | NV | OR | WA,E | WA,W | GUAM | NMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | | | | | | | | | | | | | | |
| Filings | 540 | 12,055 | 7,385 | 5,971 | 16,712 | 10,074 | 1,234 | 1,001 | 1,274 | 3,898 | 3,430 | 1,964 | 4,468 | 100 | 105 |
| Terminations | 533 | 11,533 | 7,756 | 6,186 | 17,361 | 10,274 | 1,228 | 1,068 | 1,277 | 3,684 | 3,385 | 1,985 | 4,451 | 111 | 86 |
| Pending | 541 | 6,251 | 6,744 | 8,136 | 13,501 | 5,986 | 1,140 | 1,040 | 871 | 4,604 | 3,158 | 1,269 | 3,128 | 195 | 105 |
| Percent Change in Total Filings — Over Last Year | 4.9 | 4.2 | -8.2 | -9.3 | -10.1 | -8.5 | 5.6 | -9.7 | 1.1 | 2.0 | -0.1 | 7.6 | -0.7 | -14.5 | -27.6 |
| Percent Change in Total Filings — Current Year Over 2009 | -3.6 | 19.0 | -5.2 | -17.0 | -2.8 | 2.1 | 15.0 | -10.6 | 9.8 | -9.3 | 8.4 | 19.0 | 20.7 | -11.5 | -5.3 |
| Number of Judgeships | 3 | 13 | 14 | 6 | 28 | 13 | 4 | 2 | 3 | 7 | 6 | 4 | 7 | 1 | 1 |
| Vacant Judgeship Months[1] | 0.0 | 61.9 | 34.4 | 14.6 | 3.4 | 9.1 | 3.5 | 0.0 | 20.1 | 20.5 | 4.6 | 14.0 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | | | | | | | | | | | | | | | |
| Filings — Total | 180 | 927 | 528 | 995 | 597 | 775 | 309 | 501 | 425 | 557 | 572 | 491 | 638 | 100 | 71 |
| Filings — Civil | 101 | 437 | 440 | 786 | 511 | 271 | 188 | 288 | 248 | 432 | 391 | 206 | 508 | 29 | 32 |
| Filings — Criminal Felony | 76 | 366 | 56 | 154 | 55 | 394 | 83 | 171 | 140 | 92 | 121 | 150 | 83 | 64 | 18 |
| Filings — Supervised Release Hearings | 3 | 124 | 32 | 56 | 31 | 110 | 38 | 43 | 37 | 32 | 60 | 136 | 47 | 7 | 21 |
| Pending Cases | 180 | 481 | 482 | 1,356 | 482 | 460 | 285 | 520 | 290 | 658 | 526 | 317 | 447 | 195 | 105 |
| Weighted Filings[1] | 181 | 699 | 616 | 909 | 637 | 569 | 321 | 472 | 404 | 560 | 527 | 340 | 622 | - | - |
| Terminations | 178 | 887 | 554 | 1,031 | 620 | 790 | 307 | 534 | 426 | 526 | 564 | 496 | 636 | 111 | 86 |
| Trials Completed | 10 | 19 | 10 | 16 | 14 | 19 | 16 | 18 | 34 | 24 | 14 | 18 | 17 | 12 | 11 |
| **Median Time (Months)** | | | | | | | | | | | | | | | |
| From Filing to Disposition — Criminal Felony | 8.5 | 4.7 | 10.6 | 14.7 | 12.3 | 4.4 | 10.3 | 8.5 | 7.0 | 10.3 | 10.9 | 8.3 | 8.8 | 15.8 | 10.5 |
| From Filing to Disposition — Civil[1] | 9.2 | 7.6 | 7.8 | 9.2 | 5.9 | 6.6 | 9.0 | 11.2 | 8.3 | 8.6 | 11.1 | 11.5 | 6.6 | 20.1 | 18.0 |
| From Filing to Trial[1] (Civil Only) | - | 30.5 | 31.0 | 51.2 | 21.4 | 30.8 | 9.7 | 23.9 | - | 39.7 | 22.8 | - | 19.3 | - | - |
| **Other** | | | | | | | | | | | | | | | |
| Number of Civil Cases Over 3 Years Old[1] | 38 | 83 | 406 | 775 | 610 | 290 | 22 | 51 | 48 | 335 | 100 | 33 | 64 | 13 | 21 |
| Percent of Civil Cases Over 3 Years Old[1] | 11.9 | 2.3 | 7.3 | 13.5 | 5.8 | 9.4 | 3.4 | 7.5 | 8.7 | 9.7 | 4.3 | 4.4 | 2.6 | 22.0 | 30.9 |
| Average Number of Felony Defendants Filed per Case | 1.6 | 1.1 | 1.3 | 1.4 | 1.6 | 1.1 | 1.5 | 1.4 | 1.3 | 1.3 | 1.3 | 1.7 | 1.4 | 1.2 | 1.4 |
| Jurors — Avg. Present for Jury Selection | 46.5 | 54.5 | 59.1 | 39.7 | 41.7 | 49.8 | 123.9 | 38.3 | 47.1 | 58.4 | 38.2 | 42.3 | 37.5 | 238.3 | 14.8 |
| Jurors — Percent Not Selected or Challenged | 34.1 | 27.9 | 40.0 | 40.1 | 41.9 | 38.5 | 49.9 | 25.0 | 36.1 | 27.0 | 34.8 | 29.9 | 27.8 | 73.9 | 64.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

## Comparison of Districts Within the Tenth Circuit — 12-Month Period Ending December 31, 2013

| | | | CO | KS | NM | OK,N | OK,E | OK,W | UT | WY |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 4,288 | 2,442 | 6,009 | 1,210 | 706 | 1,952 | 2,328 | 721 |
| | Terminations | | 4,161 | 2,573 | 5,796 | 1,160 | 692 | 1,912 | 2,365 | 665 |
| | Pending | | 3,334 | 2,229 | 3,040 | 1,009 | 656 | 1,495 | 2,241 | 678 |
| | Percent Change in Total Filings | Over Last Year | 2.1 | -14.5 | 20.3 | 15.7 | 6.2 | -2.2 | -5.9 | 15.4 |
| | Current Year | Over 2009 | 8.3 | 1.8 | 8.1 | 8.5 | 7.0 | 0.9 | -1.5 | -8.4 |
| | Number of Judgeships | | 7 | 6 | 7 | 3.5 | 1.5 | 6 | 5 | 3 |
| | Vacant Judgeship Months [1] | | 2.6 | 12.0 | 5.5 | 0.0 | 0.0 | 5.8 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 613 | 407 | 858 | 346 | 471 | 325 | 466 | 240 |
| | | Civil [1] | 503 | 252 | 179 | 247 | 383 | 241 | 261 | 96 |
| | | Criminal Felony | 79 | 117 | 589 | 80 | 69 | 63 | 134 | 103 |
| | | Supervised Release Hearings | 30 | 38 | 90 | 19 | 19 | 22 | 70 | 41 |
| | Pending Cases | | 476 | 372 | 434 | 288 | 437 | 249 | 448 | 226 |
| | Weighted Filings [1] | | 683 | 388 | 591 | 331 | 403 | 307 | 487 | 214 |
| | Terminations | | 594 | 429 | 828 | 331 | 461 | 319 | 473 | 222 |
| | Trials Completed | | 23 | 22 | 16 | 12 | 11 | 26 | 23 | 14 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.8 | 8.8 | 1.2 | 6.2 | 7.5 | 6.5 | 6.7 | 5.2 |
| | | Civil [1] | 6.4 | 8.6 | 9.9 | 10.4 | 13.2 | 9.0 | 12.3 | 10.3 |
| | From Filing to Trial [1] (Civil Only) | | 25.6 | 30.0 | 23.0 | - | - | 20.6 | 35.7 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 83 | 132 | 86 | 32 | 7 | 31 | 102 | 8 |
| | | | 3.2 | 9.5 | 6.3 | 4.0 | 1.2 | 2.7 | 6.3 | 3.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.5 | 1.1 | 1.3 | 1.3 | 1.6 | 1.2 | 1.4 |
| | Jurors | Avg. Present for Jury Selection | 30.8 | 48.2 | 48.2 | 43.3 | 30.3 | 37.2 | 44.2 | 39.3 |
| | | Percent Not Selected or Challenged | 31.4 | 44.6 | 26.2 | 29.7 | 27.5 | 31.9 | 32.8 | 31.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

# EXHIBIT N

**MANNING CURTIS BRADSHAW
& BEDNAR LLC**
Alan C. Bradshaw (#4801)
170 South Main, Suite 900
Salt Lake City, UT 84101
Telephone: (801) 363-5678
Facsimile: (801) 364-5678
abradshaw@mc2b.com

**HUSCH BLACKWELL LLP**
Glenn H. Lenzen (*pro hac vice*)
Sudee Mirsafian Wright (*pro hac vice*)
1700 Lincoln Street, Suite 4700
Denver, CO 80203
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
glenn.lenzen@huschblackwell.com
sudee.wright@huschblackwell.com

**Attorneys for Defendant Electronic
Educational Devices**



---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GSL HOLDINGS LTD, | |
|       Plaintiff, | **ORDER** |
| v. | |
| ELECTRONIC EDUCATIONAL DEVICES, | Case No. 2:11-cv-00336-BSJ |
|       Defendant. | |

This matter comes before the Court on Defendant Electronic Educational Devices, Inc.'s

("EEDs") motion to transfer this case from the District of Colorado to the District of Utah

pursuant to 28 U.S.C. §1404(a).  The Court has considered EED's motion, reply, and

supplemental submission, as well as Plaintiff's GSL's opposition.  Both Parties included

affidavits and other exhibits in support of their respective positions.  On January 26, 2012, the

Court heard argument where additional information was provided by the Parties' counsel.

Good cause having been shown, the Defendant EED having met its burden, the Motion is

**GRANTED** and this case is **ORDERED TRANSFERRED**, pursuant to 28 U.S.C. §1404(a) to

the United States District Court for the District of Colorado.

## I. <u>Standard for §1404(a) Transfer</u>

28 U.S.C. §1404(a) permits a transfer of venue to a district where the cause of action

could have originally been brought, for the convenience of the parties, witnesses, and in the

interests of justice.  Pursuant to Tenth Circuit precedent, the burden for a transfer is on the

moving party, who must make a showing that the balance of relevant factors strongly favors a

transfer.  *Emp'rs Mut. Cas. Co. v. Bartile Roofs, Inc.*, 618 F.3d 1153, 1167 (10th Cir. 2010).

This is an individualized case-by-case determination.  *Chrysler Credit Corp. v. Country*

*Chrysler, Inc.*, 928 F.2d 1509, 1515 (10th Cir. 1991).

The Tenth Circuit has listed a number of factors that may be addressed and weighed in

deciding whether to transfer pursuant to §1404(a).  These factors include: the plaintiff's choice

of forum; the accessibility of witnesses and other sources of proof, such as documents or

physical evidence; the availability of compulsory process to insure the attendance of witnesses;

the cost of making the necessary proof; questions as to enforceability of judgment; difficulties

that may arise from congested dockets; and all other considerations of a practical nature that

make a trial easy, expeditious and economical.  *Texas Gulf Sulphur Co. v. Ritter*, 371 F.2d 145,

147 (10th Cir. 1967).

The overarching touchstone is whether it is more convenient and efficient to try the case in the proposed transferee district as compared to trial in the location where the case was originally filed.

## II. Findings of Fact

For purposes of this motion, and without the benefit of discovery, I find the following facts:

1.    This case could have been brought by Plaintiff GSL in the District of Colorado. Venue is proper in Colorado.

2.    This is a patent infringement case.  GSL has acquired rights to certain patents relating to power meters, devices that can be used by consumers and others to measure the electrical usage of appliances.

3.    GSL is a Canadian entity, based in Vancouver, British Columbia, with no operations or offices in the District of Utah.

4.    GSL does not make or sell any products embodying the technology of the invention.

5.    The listed inventor of the patents in question is Graham S. Lee, who likely would be a witness for Plaintiff GSL.  Mr. Lee is a resident of British Columbia, Canada.

6.    Defendant EED is a Colorado company that makes and sells power meters alleged to infringe the claims of GSL's patents.  EED was founded in Denver, Colorado by Brad Volin. EED's only office is located in Colorado.  Mr. Volin necessarily intends to testify at trial.

7.    While EED has sold its power meters to customers in Utah via internet sales, it contends that it makes no special efforts to sell power meters in Utah.

3

8.     EED contracts with a third party contract electronics manufacturer to assemble its power meters.  EED's meters were originally assembled by a third party in Colorado.  The third party later transferred production to Utah, and today the third party contract manufacturing is being done in Idaho.

9.     Final kitting of EED's products is done in Denver, Colorado.  All sales orders are taken in Colorado and after final packaging, the products are shipped to customers from Colorado.

10.    All of EED's corporate documents, including original plans, designs, and schematics for its power meters, as well as all sales records, are located at EED's offices in Colorado.

11.    Other than its founder and President, Brad Volin, EED does not have any employees.  Kitting, order taking, and shipping is done in Colorado via personnel employed by a third party contractor.

12.    EED contracts with a third party accountant and a third party bookkeeper for accounting and bookkeeping services.  These two individuals live and work in Colorado.

13.    EED's has used a number of third party designers and engineers to design its hardware, software and housings.  Eight of the nine designers and engineers who have worked on relevant EED's products are located in Colorado.  The ninth is located in Utah.  These designers and engineers are not employees of EED.

14.    At oral argument, GSL stated that details of the electronics embodied in EED's devices, including the internal circuitry and the timing devices used, will be important for the trial of this patent infringement case.  EED contends that information about these aspects of

4

EED's devices would be within the knowledge of the third party designers and engineers, eight of nine of whom are located in Colorado.

15.     GSL stated that it will seek to discover documents from EED's accountant and/or bookkeeper relating to sales of EED's devices in order to establish damages or a reasonable royalty.

16.     At this stage in the proceeding, GSL could identify no witnesses from its side, other than two retained expert witnesses, with a connection to the District of Utah.  Any documentation or evidence relating to GSL's business or the development of the patents-in-suit is not located in Utah.

## III. <u>Analysis</u>

### *a. Choice of Forum*

Under Tenth Circuit law a Plaintiff's choice of forum is generally entitled to deference. However, Plaintiff GSL is a Canadian entity with no operations or offices in the District of Utah. At oral arguments, counsel for GSL explained that the suit was originally brought in Utah against 18 defendants because Utah was viewed as a central location for litigation that was national in scope.    Today, there is only one defendant—a Colorado entity.  Because the present litigation is between a non-domestic Canadian entity and a Colorado business, in ordering that this case should be transferred to the District of Colorado, the Court determined that any deference that might have been afforded to the Plaintiff's choice of forum was heavily outweighed by convenience.

### b. Convenience of the Parties, Witnesses, and Availability of Evidence

In terms of convenience, transferring this case to the District of Colorado will impose little, if any, burden in terms of additional travel or costs on Plaintiff GSL. Coming from Canada, GSL and the inventor, Mr. Lee, will inevitably have to travel to the Rocky Mountain region for trial. Any documentation relating to GSL's business or the development of the patents-in-suit is not located in Utah. With regard to witness convenience, at this stage of the case, GSL has identified two expert witnesses that reside in Utah who may be called at trial.

By contrast, EED is located in Denver, Colorado. EED's founder and president, Brad Volin, resides in Colorado and necessarily intends to testify at trial. At least some of the designers and engineers listed in Mr. Volin's affidavit will be witnesses regarding the design of the allegedly infringing devices and internal circuitry of the devices. Excluding the Engineer residing in South Jordan, Utah, the remaining technical witnesses reside in Colorado. In addition, GSL stated that it would be seeking documents regarding EED's sales figures or financial records from EED's accountant and/or bookkeeper. These two persons and their documents are located in Colorado.

The Court concludes, based upon the above information, that the convenience factors weigh in favor of transfer to the District of Colorado.

### c. Other Factors

The Court finds that many of the other factors that conceivably could be considered in a §1404(a) transfer analysis are not relevant under the circumstances of this case. This is federal lawsuit brought under the patent laws of the United States so issues related to the laws of a

particular state will not arise.  The Court specifically discounts the relative congestion of the respective courts' dockets as favoring trial in one location over another.

## IV. Conclusion

While the Court recognizes that this case presents a close question, the Court concludes that the convenience factors weigh heavily in favor of the Defendant.  Accordingly, the case should be transferred to the District of Colorado.

**IT IS SO ORDERED.**

Dated: 2/23 _____, 2012.

BY THE COURT:

U.S. District Judge

Approved as to form:

MASCHOFF GILMORE & ISRAELSEN

/s/ Rachel Jacques _____
*(Signed by Filing Attorney with permission Of Plaintiff's Attorney)*
Rachel Jacques
Attorneys for Plaintiff

# EXHIBIT O

# California Secretary of State Debra Bowen

common good · privacy · All people · Liberty · Speak · Conscience · without discrimination · protecting

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries |

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, May 16, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | MARKZWARE |
| Entity Number: | C1923769 |
| Date Filed: | 08/18/1995 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 1805 EAST DYER ROAD #101 |
| Entity City, State, Zip: | SANTA ANA CA 92705 |
| Agent for Service of Process: | PATRICK MARCHESE |
| Agent Address: | 1805 EAST DYER ROAD #101 |
| Agent City, State, Zip: | SANTA ANA CA 92705 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**     **New Search**     **Printer Friendly**     **Back to Search Results**

---

**Privacy Statement** | **Free Document Readers**
Copyright © 2014   California Secretary of State

# EXHIBIT P

**MASCHOFF BRENNAN**
C.J. Veverka  (#07110)
1389 Center Drive, Suite 300
Par City, Utah 84098
Telephone: (435) 252-1360
Facsimile: (435) 252-1361
E-mail: cveverka@mabr.com

**ONE LLP**
Christopher W. Arledge (*pro hac vice*)
Joseph K. Liu ( *pro hac vice*)
Nate L. Dilger ( *pro hac vice*)
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
carledge@onellp.com
jliu@onellp.com
ndilger@onellp.com

*Attorneys for Plaintiff SkipPrint, LLC*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| SKIPPRINT, LLC, <br> a Delaware corporation, <br><br>     Plaintiffs, <br><br> v. <br><br> PRISMA GRAPHIC CORPORATION, <br> an Arizona corporation, <br><br>     Defendants. | **SKIPPRINT, LLC'S LPR 2.1 ACCUSED INSTRUMENTALITY DISCLOSURES** <br><br><br> Case No. 2:13-cv-00700-DBP <br><br> Judge Dustin B. Pead <br><br> **JURY DEMAND** |

## PLAINTIFF'S LPR 2.1 ACCUSED INSTRUMENTALITY DISCLOSURES

Pursuant to LPR 2.1, SkipPrint, LLC. ("SkipPrint"), hereby identifies the following Accused Instrumentalities of which it is currently aware. Note that at this stage of the case, SkipPrint has not yet obtained any discovery from Defendant and the parties have not yet exchanged their initial disclosures. Thus, SkipPrint's knowledge of Defendant's systems is limited. SkipPrint reserves the right to supplement this list should, during the course of this case, additional Accused Instrumentalities become known to SkipPrint.  With respect to the disclosed instrumentalities, infringement of various claims implicates these systems used in connection with Defendant's back end workflow software and preflight software.

| Prisma Graphics Accused Instrumentalities |
|---|
| -EFI Pace system |
| -DokShop system |
| -Print Power system |

DATED:   May 13, 2014

**MASCHOFF BRENNAN**

*/s/ C.J. Veverka*
  C.J. Veverka

**ONE LLP**
Christopher W. Arledge
Joseph K. Liu
Nate L. Dilger

*Attorneys for Plaintiff, SkipPrint, LLC*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 13th day of May, 2014, I served a true and correct copy of the foregoing document on all counsel of record via electronic mail:

Perry S. Clegg
**CLEGG PC**
*pclegg@cleggiplaw.com*


Mathew M. Wolf
Ali R. Sharifahmadian
Maxwell C. Preston
**ARNOLD & PORTER LLP**
*matthew.wolf@aporter.com*
*ali.sharifahmadian@aporter.com*
*maxwell.preston@aporter.com*


*/s/ C.J. Veverka*
C.J. Veverka