AO 121 (Rev. 08/10)

| To: | Mail Stop 8<br>Director of Patents and Trademarks<br>PO BOX 1450<br>Alexandria VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court for the District of Utah** on the following

☐ Trademarks or ☒ Patents ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:13-cv-00700-DBP | DATE FILED<br>07/29/2013 | U.S. DISTRICT COURT<br>**District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|
| PLAINTIFF<br>**SkipPrint, LLC** | | DEFENDANT<br>**Prisma Graphic Corporation** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** 6,076,080 | Jun. 13, 2000 | The Standard Register Company |
| **2** 5,666,493 | Sep. 9, 1997 | Lykes Bros., Inc. |
| **3** 7,050,995 B2 | May 23, 2006 | Lykes Bros., Inc. |
| **4** 7,058,596 B1 | Jun. 6, 2006 | Lykes Bros., Inc. |
| **5** 5,963,641 | Oct. 5, 1999 | Markzware, Inc. |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| **1** | | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| Order granting motion to change venue to USDC Dist of AZ entered on 7/11/14, terminating the case in this Dist of UT, |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| D. Mark Jones | /s/Aimee Trujillo | 7/11/2014 |

DISTRIBUTION :  1) Upon initiation of action mail copy to Director  2) Upon filing of document adding patent(s), mail copy to Director  3) Upon termination of action , mail copy to Director